**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

MICHELLE JAMES,

  Plaintiff,                                                                Case No. 8:17-cv-1429-T-17CPT

v.

SELENE FINANCE LP,

  Defendant.
_____/

**NOTICE OF SETTLEMENT**

      Plaintiff hereby notifies the Court that the parties have reached a settlement in principle in this action.  Upon full execution of a settlement agreement and compliance with all terms set forth therein, this matter will be dismissed, with prejudice.

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 7, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.

                                        Respectfully submitted,

                                        /s/ *Jon Dubbeld*
                                        Jon P. Dubbeld, Esq.
                                        Fla. Bar No. 105869
                                        Berkowitz & Myer
                                        4900 Central Ave
                                        St. Petersburg, Florida 33707
                                        Telephone:  (727) 344-0123
                                        Jon@berkmyer.com
                                        *Attorneys for Plaintiff*